```
JS 44C/SDNY         Case 1:21-cv-06400-JPC   Document 4   Filed 07/27/21   Page 1 of 2
REV.                                CIVIL COVER SHEET
10/01/2020
```

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| NICK GIOULES | ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| SHALOM LAW, PLLC<br>105-13 Metropolitan Avenue<br>Forest Hills, NY 11375 (718) 971-9474 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

FAIR LABOR STANDARDS ACT

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case  Vol. [ ]   Invol. [ ]   Dismissed. No [ ] Yes [ ]    If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [X]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                          TORTS                                                  ACTIONS UNDER STATUTES

**CONTRACT**                  **PERSONAL INJURY**           **PERSONAL INJURY/**        **FORFEITURE/PENALTY**   **BANKRUPTCY**                  **OTHER STATUTES**
[ ] 110  INSURANCE            [ ] 310 AIRPLANE              [ ] 367 HEALTHCARE/         [ ] 625 DRUG RELATED     [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE               [ ] 315 AIRPLANE PRODUCT         PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY        28 USC 158                  [ ] 376 QUI TAM
[ ] 130  MILLER ACT                   LIABILITY                INJURY/PRODUCT LIABILITY   21 USC 881             [ ] 423 WITHDRAWAL              [ ] 400 STATE
[ ] 140  NEGOTIABLE           [ ] 320 ASSAULT, LIBEL &     [ ] 365 PERSONAL INJURY       [ ] 690 OTHER              28 USC 157                          REAPPORTIONMENT
         INSTRUMENT                   SLANDER                  PRODUCT LIABILITY                                                                 [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF          [ ] 330 FEDERAL              [ ] 368 ASBESTOS PERSONAL                                                             [ ] 430 BANKS & BANKING
         OVERPAYMENT &                EMPLOYERS'              INJURY PRODUCT                                    **PROPERTY RIGHTS**              [ ] 450 COMMERCE
         ENFORCEMENT                  LIABILITY               LIABILITY                                                                          [ ] 460 DEPORTATION
         OF JUDGMENT          [ ] 340 MARINE                                                                   [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT         [ ] 345 MARINE PRODUCT       **PERSONAL PROPERTY**                                [ ] 830 PATENT                           ENCED & CORRUPT
[ ] 152  RECOVERY OF                  LIABILITY            [ ] 370 OTHER FRAUD                                  [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION      ORGANIZATION ACT
         DEFAULTED            [ ] 350 MOTOR VEHICLE        [ ] 371 TRUTH IN LENDING                             [ ] 840 TRADEMARK                         (RICO)
         STUDENT LOANS        [ ] 355 MOTOR VEHICLE                                                                                              [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)              PRODUCT LIABILITY                                                         **SOCIAL SECURITY**              [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF          [ ] 360 OTHER PERSONAL       [ ] 380 OTHER PERSONAL       **LABOR**               [ ] 861 HIA (1395ff)                     PROTECTION ACT
         OVERPAYMENT                  INJURY                     PROPERTY DAMAGE                                [ ] 862 BLACK LUNG (923)
         OF VETERAN'S         [ ] 362 PERSONAL INJURY -    [ ] 385 PROPERTY DAMAGE      [x] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))       [ ] 490 CABLE/SATELLITE TV
         BENEFITS                     MED MALPRACTICE            PRODUCT LIABILITY             STANDARDS ACT    [ ] 864 SSID TITLE XVI           [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                   [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))                     COMMODITIES/
         SUITS                                             **PRISONER PETITIONS**              RELATIONS                                                 EXCHANGE
[ ] 190  OTHER                                             [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT                                [ ] 890 OTHER STATUTORY
         CONTRACT             **ACTIONS UNDER STATUTES**   [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**                    ACTIONS
[ ] 195  CONTRACT                                                VACATE SENTENCE            LEAVE ACT (FMLA)                                     [ ] 891 AGRICULTURAL ACTS
         PRODUCT              **CIVIL RIGHTS**                   28 USC 2255                                    [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY                                         [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR             Defendant)               [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE            [ ] 440 OTHER CIVIL RIGHTS   [ ] 535 DEATH PENALTY            LITIGATION          [ ] 871 IRS-THIRD PARTY                  MATTERS
                                      (Non-Prisoner)       [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC            26 USC 7609              [ ] 895 FREEDOM OF
                              [ ] 441 VOTING                                                SECURITY ACT (ERISA)                                         INFORMATION ACT
**REAL PROPERTY**             [ ] 442 EMPLOYMENT                                                                                                 [ ] 896 ARBITRATION
                              [ ] 443 HOUSING/             **PRISONER CIVIL RIGHTS**    **IMMIGRATION**                                          [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                         ACCOMMODATIONS                                                                                                     PROCEDURE ACT/REVIEW OR
         CONDEMNATION         [ ] 445 AMERICANS WITH       [ ] 550 CIVIL RIGHTS         [ ] 462 NATURALIZATION                                           APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE                  DISABILITIES -       [ ] 555 PRISON CONDITION             APPLICATION
[ ] 230  RENT LEASE &                 EMPLOYMENT           [ ] 560 CIVIL DETAINEE       [ ] 465 OTHER IMMIGRATION                                [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT            [ ] 446 AMERICANS WITH             CONDITIONS OF CONFINEMENT      ACTIONS                                                  STATE STATUTES
[ ] 240  TORTS TO LAND                DISABILITIES -OTHER
[ ] 245  TORT PRODUCT         [ ] 448 EDUCATION
         LIABILITY
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES  [ ] NO                    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS   [x] MANHATTAN

DATE 7/27/2021   /S/Jonathan Shalom
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED  Mo. August  Yr. 2018 )
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print