UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nick Gioules

Plaintiff(s),

-against-

Antigua Local Pharmacy
Brendalis Antigua

Defendant(s).

RECEIVED
SDNY PRO SE OFFICE
2021 AUG 17 PM 12: 05
S.D. OF N.Y.

Docket No: 1:21 CV 06404 )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[✓] that all future correspondence be mailed to me at the address below, or

[ ] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Antigua Brendalis
**Name (Last, First, MI)**

[ ] Plaintiff
[✓] Defendant

1961 Southern Boulevard  Bronx  New York  10460
**Address**  **City**  **State**  **Zip Code**

347-794-0531
**Telephone Number**

Antigualocalpharmacy@gmail.com
**e-mail address**

8/12/2021
**Date**

**Signature**