UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
2021 AUG 17 PM 12: 05
S.D. OF N.Y.

NICK GIOULES

                          Plaintiff,

-against-

ANTIGUA LOCAL PHARMACY LLC and
BRENDALIS ANTIGUA

                          Defendants.

Case No.: 21cv6400

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, the Defendant ANTIGUA LOCAL PHARMACY and BRENDALIS ANTIGUA, files this motion asking the Court to dismiss the complaint filed by the Plaintiff, NICK GIOULES and his attorneys, SHALOM LAW, PLLC, for lack of evidence.

Dated:
8-12-2021

                                                               BRENDALIS ANTIGUA

1

ANTIGUA LOCAL PHARMACY LLC
1961 SOUTHERN BOULEVARD, BRONX, NY 10460 | 718-299-0299 |
ANTIGUALOCALPHARMACY.COM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PRO SE INTAKE UNIT

40 FOWLEY SQUARE

NEW YORK, NY 10007

ATTN HON. JUDGE JOHN P. CRONAN

August 12, 2021

RE: CASE 1:21-CV- 06400

    NICK GIOULES VS ANTIGUA LOCAL PHARMACY LLC AND BRENDALIS ANTIGUA

Dear Hon. Judge Cronan,

    I hope this letter finds you well and in good health during these strenuous times. My name is Brendalis Antigua, I am a small business owner for Antigua Local Pharmacy, LLC. I am a proud female, new business owner in the south Bronx. The reason for this letter is to confirm that I have received the complaints filed by Shalom Law and I am acknowledging the urgency of this matter. Please be advised that I am a new business owner and I financially cannot retain an attorney to represent myself or my corporation for this matter. I kindly request that you accept this letter as a notice that I will be representing myself and my business or allot me the time to retain one for the corporation.

    The above-mentioned complaint is an absolute devastation and outrage to my business as I have provided so much to my community before and during these times. A previous search on the Plaintiff has uncovered multiple and similar cases as the one filed against me. He has a history of these similar claims as to destroy small business and collect reward, especially in minority businesses. This fraudulent activity must be noted and this individual must be stopped from taking advantage of owners like myself. I am seeking a Motion to Dismiss this case due to lack of evidence and request hearing if needed.

    Enclosed please find:

1. Notice of Motion to Dismiss the Complaint
2. Notice of Pro Se Appearance for Brendalis Antigua and Antigua Local Pharmacy LLC

Thank you for your careful attention to this matter. If there are any questions, please contact me directly at (347)-794-0531.

_____

BRENDALIS ANTIGUA

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

---

U.S. POSTAGE PAID
PME 2-Day
BRONX, NY 10451
AUG 12, 21
AMOUNT
$29.20
R2304E105194-26

1007  10007

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

EJ 669 395 556 US

### CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 718 ) 299-0299
Antigua Local Pharmacy / Brendalis Antigua
1961 Southern Blvd
Bronx, NY 10460

### DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
Southern District of New York / Pro SE
Intake Unit
40 Fowley Square
New York, NY 10007
ZIP + 4®: 10007-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

### PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☑ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 10457
Scheduled Delivery Date: 8/14/21
Postage: $26.35
Date Accepted: 8/12/21
Scheduled Delivery Time: ☑ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee:
COD Fee:
Time Accepted: 7:24 ☐ AM ☑ PM
10:30 AM Delivery Fee:
Return Receipt Fee: $2.85
Live Animal Transportation Fee:
Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees: $29.20
Weight: ☑ Flat Rate   lbs. 1 ozs.
Acceptance Employee Initials: AC

### DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY): 8/13   Time: ☐ AM ☐ PM   Employee Signature: B/C
Delivery Attempt (MM/DD/YY):   Time: ☐ AM ☐ PM   Employee Signature:

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®