## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*8951*

Index no : 21cv6400

| Plaintiff(s): | NICK GIOULES, |
|---|---|
| | vs. |
| Defendant(s): | ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA |

State of NEW YORK - County of QUEENS    ss.:

**Roberto Urena**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **08/11/2021** at **9:36 AM**, I served the within **Summons in a Civil Action and Class & Collective Action Complaint with the index#21cv6400 endorsed thereon** on **BRENDALIS ANTIGUA c/o ANTIGUA PHARMACY LLC at 1961 Southern Blvd, Bronx, NY 10460** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **Hana Yigzaw, CO-WORKER** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **BRENDALIS ANTIGUA c/o ANTIGUA PHARMACY LLC**, and the recipient responded in the affirmative.

On **08/16/2021**, service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 30-40 | 5ft0in-5ft3in | 100-130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 09, 2021

Notary Public,

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6415136
Qualified in Queens County
Commission Expires 03/08/2025

X _____
Roberto Urena
License#: 1263889
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
License#: 2037568-DCA

**SHALOM LAW PLLC**

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*8952*

Index no : 21cv6400

| Plaintiff(s): | NICK GIOULES, |
|---|---|
| | vs. |
| Defendant(s): | ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA |

State of NEW YORK - County of QUEENS    ss.:

**Roberto Urena**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On 08/11/2021 at 9:35 AM, I served the within **Summons in a Civil Action and Class & Collective Action Complaint with the index#21cv6400 endorsed thereon** on **ANTIGUA PHARMACY LLC** at **1961 Southern Blvd, Bronx, NY 10460** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **Hana Yigzaw, PHARMACIST** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **ANTIGUA PHARMACY LLC**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 30-40 | 5ft0in-5ft3in | 100-130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 17th, 2021

Notary Public,

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6415136
Qualified in Queens County
Commission Expires 03/08/2025

X _____
Roberto Urena
License#: 1263889
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
License#: 2037568-DCA

**SHALOM LAW PLLC**