# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*8952*

Index no : 21cv6400

| Plaintiff(s): | NICK GIOULES, |
|---|---|
| | vs. |
| Defendant(s): | ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA |

State of NEW YORK - County of QUEENS    ss.:

**Roberto Urena**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On 08/11/2021 at 9:35 AM, I served the within **Summons in a Civil Action and Class & Collective Action Complaint with the index#21cv6400 endorsed thereon** on **ANTIGUA PHARMACY LLC** at **1961 Southern Blvd, Bronx, NY 10460** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **Hana Yigzaw, PHARMACIST** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **ANTIGUA PHARMACY LLC**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 30-40 | 5ft0in-5ft3in | 100-130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 17th, 2021

Notary Public,

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6415136
Qualified in Queens County
Commission Expires 03/08/2025

X_____
Roberto Urena
License#: 1263889
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
License#: 2037568-DCA

**SHALOM LAW PLLC**