

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jonathan@Shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

September 27, 2021

**VIA ECF**
The Honorable Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>*Gioules v. Antigua Pharmacy, LLC., et al.*; Case No. 1:21-cv-06400-JPC</u>

To the Honorable Judge Cronan,

    The undersigned represents Plaintiff Nick Gioules (hereinafter "Plaintiff") in the above-referenced case.

    On August 19, 2021, this Court had Ordered an Initial Conference to be held on September 28, 2021, at 11:00 am. Plaintiff writes to request an adjournment of the scheduled Initial Conference. The reason for the adjournment request is that the undersigned will be observing the last of the Jewish holidays beginning at sundown on September 27, 2021 to nightfall on September 29, 2021. The undersigned had attempted to contact Pro Se Defendants to request consent but was unable to get in contact with Defendants.

    At this time, the undersigned respectfully requests that the September 28, 2021, Initial Conference be adjourned to either October 10, 2021, October 12, 2021 or any other date the Court has available.

    The undersigned thanks this Court for its time and attention to this case.

    Respectfully,

    <u>/S/ *Jonathan Shalom*</u>
    Jonathan Shalom, Esq.