```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NICK GIOULES,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :            21 Civ. 6400 (JPC)
        -v-                                                        :
                                                                   :            MEDIATION REFERRAL
ANTIGUA PHARMACY LLC and                                           :                  ORDER
BRENDALIS ANTIGUA,                                                 :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                                    JOHN P. CRONAN
                                           United States District Judge