```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NICK GIOULES,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :    21 Civ. 6400 (JPC)
              -v-                                                      :
                                                                       :         ORDER
ANTIGUA PHARMACY LLC and                                               :
BRENDALIS ANTIGUA,                                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 19, 2021, the Court held an Initial Pretrial Conference in this matter. Both Defendants failed to appear for the conference. For the reasons stated on the record during the conference, Defendants' motion to dismiss the Complaint, Dkt. 8, is denied. Defendants shall file an answer to the Complaint within 30 days of the filing of this Order, specifically, **by November 18, 2021**. Defendant Antigua Pharmacy LLC is advised that a corporation may not proceed *pro se* and a failure to retain counsel may result in a default being entered against the corporate defendant. If Defendant Antigua Pharmacy LLC has secured counsel, counsel shall promptly enter a notice of appearance in this action.

Within one week after the filing of Defendants' answer to the Complaint, the parties shall file a proposed Case Management Plan and Scheduling Order with the Court setting forth the parties' proposed schedule for discovery in this action. In the event that Defendants fail to file an answer, within one week after the deadline for Defendants to answer, Plaintiff shall submit a letter to the Court proposing next steps in this action.

      The Clerk of the Court is respectfully directed to terminate the motion at Docket 8. The Clerk of the Court is further directed to mail a copy of this Order to Defendants.

      SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                        JOHN P. CRONAN
                                United States District Judge