```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NICK GIOULES,                                                    :
                                                                 :
                         Plaintiff,                              :
                                                                 :        21 Civ. 6400 (JPC)
                -v-                                              :
                                                                 :        ORDER
ANTIGUA PHARMACY LLC and                                         :
BRENDALIS ANTIGUA,                                               :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 19, 2021, the Court held an initial pretrial conference in this action via teleconference. Neither Defendant appeared at the conference. During the conference, and as reflected in the minutes entry on the docket, the Court explained on the record that Defendant Antigua Pharmacy LLC, as a corporation, may not proceed *pro se* and its failure to retain counsel may result in a default being entered against it.

While Defendant Brendalis Antigua may of course proceed *pro se* in this action if that individual so chooses, should Defendant Antigua Pharmacy LLC wish to defend itself in this action, it must retain a licensed attorney as counsel. Otherwise, Defendant Antigua Pharmacy LLC risks facing an application for a default judgment, which, if in good order, the Court would be obliged to enter. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). The Clerk of Court is respectfully directed to terminate the motion pending at Docket 17.

SO ORDERED.

Dated: November 1, 2021
       New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                    United States District Judge