```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NICK GIOULES,                                                    :
                                                                 :
                            Plaintiff,                           :
                                                                 :        21 Civ. 6400 (JPC)
            -v-                                                  :
                                                                 :             ORDER
ANTIGUA PHARMACY LLC and                                         :
BRENDALIS ANTIGUA,                                               :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 19, 2021, the Court held an initial pretrial conference in this action via teleconference. Neither Defendant appeared at the conference. During the conference and in an Order filed on the docket and mailed to Defendants after the conference, the Court directed Defendants to file an answer to the Complaint "within 30 days of the filing of this Order, specifically, by November 18, 2021." Dkt. 16. The November 18, 2021 deadline has passed and Defendants have failed to file an answer to the Complaint.

Accordingly, it is hereby ordered that by November 29, 2021, Plaintiff shall advise the Court regarding (1) the status of mediation through the Court-annexed Mediation Program, referred by the Court on October 19, 2021, Dkt. 15, and (2) whether Plaintiff intends to move for default judgment against Defendants.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge