## USPS eReceipt

DoNotReply@ereceipt.usps.gov <DoNotReply@ereceipt.usps.gov>
Tue 11/30/2021 11:21 AM
To: Jonathan Shalom <Jonathan@shalomlawny.com>

```
                                                              USPSlogo
                           PARKSIDE
                     10119 METROPOLITAN AVE
                    FOREST HILLS, NY 11375-9993
                          (800)275-8777
11/30/2021                                              11:21 AM
-----------------------------------------------------------------
Product                          Qty        Unit         Price
                                             Price
-----------------------------------------------------------------
PM Express 1-Day                  1                      $27.10
Flat Rate Env
    Bronx, NY 10460
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Wed 12/01/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        [https:/tools.usps.com/go/TrackConfirmAction!input.action?tLabels=EI211946682US]EI211946682US
    Insurance                                            $0.00
        Up to $100.00 included
Total                                                   $27.10

-----------------------------------------------------------------
Grand Total:                                            $27.10
-----------------------------------------------------------------
Credit Card Remitted                                    $27.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX3711
    Approval #: 00172G
    Transaction #: 618
-----------------------------------------------------------------

              *****************************************
               USPS is experiencing unprecedented volume
                   increases and limited employee
                  availability due to the impacts of
                  COVID-19. We appreciate your patience.
              *****************************************

               In a hurry? Self-service kiosks offer
                 quick and easy check-out. Any Retail
                    Associate can show you how.

                 Save this receipt as evidence of
               insurance. For information on filing an
                       insurance claim go to
                  https://www.usps.com/help/claims.htm

              Text your tracking number to 28777 (2USPS)
                to get the latest status. Standard Message
                and Data rates may apply. You may also
                visit www.usps.com USPS Tracking or call
                         1-800-222-1811.

                        Preview your Mail
                       Track your Packages
                      Sign up for FREE @
                   https://informeddelivery.usps.com

                Earn rewards on your business account
                  purchases of Priority Mail labels
                  with the USPS Loyalty program by
                    using Click and Ship. Visit
                     www.usps.com/smallbizloyalty
                           for more info.

                    United States Postal Service
                       NOW HIRING NATIONWIDE
                 Career Path Positions with Benefits
                          Apply online at
                        www.usps.com/careers
```

```
               All sales final on stamps and postage.
               Refunds for guaranteed services only.
                   Thank you for your business.

                  Tell us about your experience.
                Go to: [https:/postalexperience.com/pos?mt=9&sc=840-5110-0182-002-00041-62902-02]https://postalexperience.c
                       or call 1-800-410-7420.


-------------------------------------------------------------------------
UFN: 358194-0024
Receipt #: 840-51100182-2-4162902-2
Clerk: 93
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.