

January 11, 2022

The Honorable Judge John P. Cronan
United States District Court
Southern District of New York

Re:    *Nick Gioules v. Antigua Pharmacy LLC., et al- 1:21-cv-06400-JPC*

Dear Judge Cronan,

Plaintiff respectfully requests an extension of time to file a motion for default judgment on this case. In support of this Motion, Plaintiff states the following:

1. On November 1, 2021, this Honorable Court granted plaintiff's Motion to Amend pursuant to an initial pretrial conference in this action via teleconference on October 19, 2021 (ECF No.: 18)
2. On November 22, 2021, this Honorable Court Ordered that Plaintiff shall advise the Court regarding (1) the status of mediation through the Court-annexed Mediation Program, referred by the Court on October 19, 2021, Dkt. 15, and (2) whether Plaintiff intends to move for default judgment against Defendants. (ECF No.: 19)
3. On November 29, 2021, this Honorable Court Ordered that Plaintiff shall file his motion for default judgment by January 12, 2022. Defendants shall file any opposition to the motion for default judgment no later than February 2, 2022. Plaintiff shall file any reply no later than February 16, 2022 (ECF No. 21).
4. The undersigned was out of the office for the majority of last week for medical purposes and is requesting an additional thirty (30) days to file its motion for default judgment.
5. This is the first request for an extension of time to file the motion for default judgment.

For these reasons, Plaintiff respectfully requests an extension of time to file a motion for default judgment up to and including February 12, 2022.

Thank you for your time and attention to this matter.

                                                       Respectfully submitted,
                                                       */s/Jonathan Shalom*
                                                       Jonathan Shalom, Esq.
                                                       **SHALOM LAW, PLLC.**
                                                       105-13 Metropolitan Avenue
                                                       Forest Hills, NY 11375
                                                       (718)-971-9474
                                                       Jonathan@shalomlawny.com
                                                       *Attorneys For Plaintiff*