UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NICK GIOULES,

                        Plaintiff,

  -against-

ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA,

                        Defendants.
------------------------------------------------------------------X

**Case No.: 1:21-cv-6400 (JPC) (SDA)**

**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANTS**

      TO:    RUBY J. KRAJICK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

      Please enter the default of Defendants ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: Forest Hills, New York
       February 9, 2022

                                            Respectfully submitted,

                                            **SHALOM LAW, PLLC**

                                            _____/s/_____
                                            Jonathan Shalom, Esq.
                                            10513 Metropolitan Avenue
                                            Forest Hills, NY 11375-6737
                                            (718) 971-9474 (office)
                                            (718) 865-0943 (facsimile)
                                            jonathan@shalomlawny.com

                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NICK GIOULES,

                              Plaintiff,

    -against-

ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA,

                              Defendants.
------------------------------------------------------------------X

**Case No.: 1:21-cv-6400 (JPC) (SDA)**

**CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the defendant ANTIGUA PHARMACY LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant ANTIGUA PHARMACY LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
           _____, 2022

                                                  **RUBY J. KRAJICK**
                                                  Clerk of the Court

                                       By: _____
                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NICK GIOULES,

                        Plaintiff,

    -against-

ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA,

                      Defendants.
------------------------------------------------------------------X

**Case No.: 1:21-cv-6400 (JPC) (SDA)**

**CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the defendant BRENDALIS ANTIGUA has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant BRENDALIS ANTIGUA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       _____, 2022

                          **RUBY J. KRAJICK**
                          Clerk of the Court

                     By: _____
                             Deputy Clerk