UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NICK GIOULES,

                **Plaintiff(s),**

- against -

ANTIGUA PHARMACY LLC and BRENDALIS,

                **Defendant(s),**

------------------------------------------------------------X

1:21 Civ. 6400 (JPC)

**CLERK'S CERTIFICATE OF DEFAULT**

    **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on July 27, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Antigua Pharmacy LLC on 8/11/2021 by personally serving Hana Yigzaw (pharmacist/person of suitable age & discretion) (& mail), and *proof of service was therefore filed on* August 18, 2021, *Doc. #(s)* 9-10.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    February, 20 22

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                                  **By:** _____
                                             **Deputy Clerk**