UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NICK GIOULES,

                       **Plaintiff(s),**

             **- against -**

ANTIGUA PHARMACY LLC and BRENDALIS,

                    **Defendant(s),**
-------------------------------------------------------------X

**1:21** Civ. **6400** (**JPC**)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on **July 27, 2021** with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) **Brendalis Antigua on 8/11/2021** by personally serving **Hana Yigzaw (pharmacist/person of suitable age & discretion) (& mail)**, *and proof of service was therefore filed on* **August 18, 2021**, *Doc. #(s)* **9-10**.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

        **February**, 20**22**

                                         **RUBY J. KRAJICK**
                                           **Clerk of Court**

                                **By:** _____
                                      **Deputy Clerk**