UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NICK GIOULES,

                **Plaintiff(s),**

- against -

ANTIGUA PHARMACY LLC and BRENDALIS

                **Defendant(s),**

------------------------------------------------------------X

1:21 Civ. 6400 (JPC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 27, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Antigua Pharmacy LLC on 8/11/2021 by personally serving Hana Yigzaw (pharmacist/person of suitable age & discretion) (& mail), and proof of service was therefore filed on August 18, 2021, Doc. #(s) 9-10.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      February 10, 2022

                                  **RUBY J. KRAJICK**
                                  **Clerk of Court**

                         **By:** *K. Mango*
                                  **Deputy Clerk**