UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Case No.: 1:21-cv-6400 (JCP) (SDA)

NICK GIOULES,

                         Plaintiff,      **AFFIDAVIT OF SERVICE**

        -against-

ANTIGUA PHARMACY LLC, and BRENDALIS
ANTIGUA

                        Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF QUEENS    )

ZOE CABALLERO, being duly sworn, deposes and says:

That deponent is not a party to the action is over 18 years of age and is employed in Queens, New York.

That on the 10th day of February, 2022 deponent served the within this **DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS** by depositing a copy thereof enclosed in a postpaid addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State addressed to the following person at the last known address furnished by them:

**ANTIGUA PHARMACY LLC**
1961 Southern Boulevard
Bronx, New York 10460

7019 1120 0000 3845 6760

**BRENDALIS ANTIGUA**
c/o ANTIGUA PHARMACY LLC
1961 Southern Boulevard
Bronx, New York 10460

7019 1120 0000 3845 6814

Sworn to before me this
10th day of February 2022

_____
Notary Public

_____
ZOE CABALLERO

KAROLINA SZYMANOWSKA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SZ6366644
Qualified in Queens County
Commission Expires November 6, 2026