UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NICK GIOULES, :
:
Plaintiff, :
: 21 Civ. 6400 (JPC)
-v- :
: ORDER
:
ANTIGUA PHARMACY LLC and BRENDALIS :
ANTIGUA, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 12, 2022, the Court ordered Plaintiff to serve Defendants via overnight courier with a copy of the Court's January 12, 2022 Order within one week of the date of the Order and to file proof of such service on the docket within two business days of service. Dkt. 24. The deadline for Plaintiff to serve Defendants with the January 12, 2022 Order has passed and Plaintiff has not filed proof of such service on the docket. Accordingly, it is hereby ORDERED that, by February 16, 2022, Plaintiff shall file such proof of service as set forth in the January 12, 2022 Order.

In addition, on February 10, 2022, Plaintiff filed two motions for default judgment, Dkts. 34-35, which appear to be identical except the former lacks proof of service of the summons and Complaint. Accordingly, it is hereby ORDERED that Plaintiff's motion pending on Dkt. 34 is denied without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending on Docket 34.

SO ORDERED.

Dated: February 11, 2022
New York, New York

JOHN P. CRONAN
United States District Judge