UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Case No.: 1:21-cv-6400 (JCP) (SDA)
NICK GIOULES,

                                    Plaintiff,              **AFFIDAVIT OF SERVICE**

         -against-

ANTIGUA PHARMACY, LLC, and BRENDALIS
ANTIGUA

                                   Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK        )
                                   )ss.:
COUNTY OF QUEENS        )

ZOE CABALLERO, being duly sworn, deposes and says:

That deponent is not a party to the action is over 18 years of age and is employed in Queens, New York.

That on the 16th day of February, 2022 deponent served the within this **COURT ORDER DATED JANUARY 12, 2022** by depositing a copy thereof enclosed in a postpaid addressed envelope via overnight courier, in an official depository under the exclusive care and custody of Federal Express within New York State addressed to the following person at the last known address furnished by them:

**ANTIGUA PHARMACY**
1961 Southern Boulevard
Bronx, New York 10460

Fed Ex Tracking No.: 776037674000

**BRENDALIS ANTIGUA**
c/o ANTIGUA PHARMACY
1961 Southern Boulevard
Bronx, New York 10460

Fed Ex Tracking No.: 76037525292

Sworn to before me this
16th day of February, 2022

_____
Notary Public

_____
ZOE CABALLERO

KAROLINA SZYMANOWSKA
NOTARY PUBLIC STATE OF NEW YORK
Registration No.: 01SZ6366644
Qualified in Queens County
Commission Expires November 6, 2025