UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   Case No.: 1:21-cv-6400 (JCP) (SDA)
NICK GIOULES,

                                  Plaintiff,                  **AFFIDAVIT OF SERVICE**

        -against-

ANTIGUA PHARMACY, LLC, and BRENDALIS
ANTIGUA

                                  Defendants.
------------------------------------------------------------------x
STATE OF NEW YORK      )
                             )ss.:
COUNTY OF QUEENS      )

ZOE CABALLERO, being duly sworn, deposes and says:

That deponent is not a party to the action is over 18 years of age and is employed in Queens, New York.

That on the 16th day of February, 2022 deponent served the within this **COURT ORDER DATED JANUARY 12, 2022** by depositing a copy thereof enclosed in a postpaid addressed envelope via overnight courier, in an official depository under the exclusive care and custody of Federal Express within New York State addressed to the following person at the last known address furnished by them:

        **ANTIGUA PHARMACY**                    **BRENDALIS ANTIGUA**
        1961 Southern Boulevard                   c/o ANTIGUA PHARMACY
        Bronx, New York 10460                    1961 Southern Boulevard
                                                            Bronx, New York 10460

        Fed Ex Tracking No.: 776037674000        Fed Ex Tracking No.: 76037525292

Sworn to before me this
16th day of February, 2022

_____
Notary Public

                                                     _____
                                                     ZOE CABALLERO

                                           KAROLINA SZYMANOWSKA
                                   NOTARY PUBLIC STATE OF NEW YORK
                                      Registration No.: 01SZ6366644
                                        Qualified in Queens County
                               Commission Expires November 6, 2025