UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NICK GIOULES,

                      Plaintiff,

    -against-

ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA,

                      Defendants.
------------------------------------------------------------------X

**Case No.: 1:21-cv-6400 (JPC) (SDA)**

**<u>PROPOSED DEFAULT JUDGMENT</u>**

On July 27, 2021, this case was commenced by Plaintiff's filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendants ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Shalom Law, PLLC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, NICK GIOULES, has judgment jointly and severally against the defendants ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA in the amount of $46,412.29, including compensatory damages and permissible liquidated damages and pre-judgment interest, all computed as provided in 28 U.S.C. § 1961(a);

That the Plaintiff is also awarded attorney's fees in the amount of $18,564.92 and costs in the amount of $625.00, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increases by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on _____.

Dated: _____, 2022

                                                                               _____
                                                                               Hon. John P. Cronan, U.S.D.J.