UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NICK GIOULES,

                     Plaintiff,

        -against-

ANTIGUA PHARMACY LLC and BRENDALIS
ANTIGUA,

                  Defendants.
----------------------------------------------------------------X

**Case No.: 1:21-cv-6400 (JPC) (SDA)**

**PLAINTIFF'S NOTICE OF**
**MOTION FOR DEFAULT**
**JUDGMENT AGAINST DEFENDANTS**

**PLEASE TAKE NOTICE THAT,** upon the annexed affirmation of Jonathan Shalom, Esq., and attached exhibits, and the affidavit of Plaintiff NICK GIOULES, and all prior papers and proceedings in this case, the Plaintiff, by his undersigned counsel, will move this Court, on such date as is set by the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for judgment by default against Defendants ANTIGUA PHARMACY LLC and BRENDALIS ANTIGUA (hereinafter the "Defendants").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to this Court's Order dated January 12, 2022, answering papers, if any, shall be served on the undersigned no later than March 4, 2022, and Plaintiff shall file reply papers in further support no later than March 18, 2022.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the aforesaid Order, Defendants appear and show cause at a hearing before this Court on March 30, 2022, at 10:00 a.m., why an Order should not be issued granting a default judgment against Defendants. That hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

Dated: Forest Hills, New York
February 11, 2022

Respectfully submitted,

**SHALOM LAW, PLLC**

**/s/*Jonathan Shalom***
Jonathan Shalom, Esq.
10513 Metropolitan Avenue
Forest Hills, NY 11375-6737
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
jonathan@shalomlawny.com

*Attorneys for Plaintiff*