UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICK GIOULES,<br><br>                    Plaintiff,<br><br>     -against-<br><br>ANTIGUA PHARMACY LLC and<br>BRENDALIS ANTIGUA,<br><br>                    Defendants. | 1:21-CV-06400 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Antigua Pharmacy, LLC and Brendalis Antigua.

                                              Respectfully Submitted,

Date: March 3, 2022                    By: */s/ David E. Cassidy, Esq.*
                                                    DAVID E. CASSIDY, ESQ.
                                                    Vlasac & Shmaruk, LLC
                                                    *Attorneys for Defendants*
                                                    444 Madison Ave
                                                    4th Floor
                                                    New York , New York 10022
                                                    dcassidy@vslaws.com
                                                    T: 212-539-1800
                                                    F: 732-494-3601