UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NICK GIOULES, :
:
                Plaintiff, :
: 21 Civ. 6400 (JPC)
    -v- :
: MEDIATION REFERRAL
ANTIGUA PHARMACY LLC and BRENDALIS : ORDER
ANTIGUA, :
:
                Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: April 13, 2022
       New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge