```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NICK GIOULES,                                                          :
                                                                       :
                        Plaintiff,                                     :
                                                                       :     21 Civ. 6400 (JPC)
                -v-                                                    :
                                                                       :     ORDER
ANTIGUA PHARMACY LLC and BRENDALIS                                     :
ANTIGUA,                                                               :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed on the record during the telephonic hearing held on April 13, 2022, the Clerk of Court is respectfully directed to amend the case caption to replace "Antigua Pharmacy LLC" with the correct name of the corporate Defendant, "Antigua Local Pharmacy, LLC."

SO ORDERED.

Dated: April 15, 2022
       New York, New York
                                        _____
                                                JOHN P. CRONAN
                                              United States District Judge