```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NICK GIOULES,                                                          :
                                                                       :
                                  Plaintiff,                           :
                                                                       :    21 Civ. 6400 (JPC)
                -v-                                                    :
                                                                       :    ORDER
ANTIGUA LOCAL PHARMACY, LLC et al.,                                    :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties in this action participated in the Court-annexed Mediation Program on June 16, 2022. The Court understands from the final report of the mediator that the parties reached an agreement on all issues. Dkt. 64. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by July 21, 2022. It is further ORDERED that all deadlines and conferences in this action are adjourned *sine die*.

SO ORDERED.

Dated: June 22, 2022
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge