UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
NICK GIOULES,

                Plaintiff,

  -against-                                Case No.: 1:21-cv-6400 (JPC) (SDA)

ANTIGUA PHARMACY LLC and
BRENDALIS ANTIGUA,

                Defendants.
-------------------------------------------------------X

## DEFENDANTS' RULE 68 OFFER OF JUDGMENT

      TO:    Jonathan Shalom, Esq.
                Shalom Law, PLLC
                10513 Metropolitan Avenue
                Forest Hills, NY 11375-6373
                (718) 971-9474
                jonathan@shalomlawny.com

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), Defendants **ANTIGUA LOCAL PHARMACY, LLC (improperly pled as "Antigua Pharmacy LLC") and BRENDALIS ANTIGUA (collectively "Defendants")**, jointly and severally, offeror, hereby serves upon you an offer to allow judgment for **Thirty Thousand Dollars ($30,000.00) inclusive of reasonable attorneys' fees, costs, and expenses and pre-judgment interest which shall be paid within fourteen (14) days of the entry of judgment in this case after Plaintiff files nocei of acceptance of this offer. This Offer of Judgment shall not be filed with the Court unless it is accepted.**

        **PLEASE TAKE FURTHER NOTICE** that if, within 14 days after being served, you serve written notice accepting the offer, either party may then file the offer and notice of acceptance. The clerk must then enter judgment.

2

**PLEASE TAKE FURTHER NOTICE** that Pursuant to Rule 68(d), if the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs (including legal fees) incurred after the offer was made.

                                          VLASAC & SHMARUK, LLC

By: *David E. Cassidy, Esq.*
David E. Cassidy, Esq.
dcassidy@vslaws.com
458B Route 1 South, Suite 120
Iselin, N.J. 08830
Telephone: (732) 494-3600
Dated: 7/14/22   Iselin, New Jersey    Facsimile: (732) 494-3601
**ATTORNEYS FOR DEFENDANTS**

To: Attorneys for Plaintiff via ECF
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375-6737
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
jonathan@shalomlawny.com

3