~~PR~~UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICK GIOULES,

                Plaintiff,

  -against-

ANTIGUA PHARMACY LLC and
BRENDALIS ANTIGUA,

                Defendants

1:21-CV-06400

## ~~PROPOSED~~ JUDGEMENT

Upon notice of the acceptance of the offer to take judgement, it is **ordered, adjudged, and decreed:**

1. The plaintiff Nick Gioules does recover of the defendants, Antigua Local Pharmacy, LLC (improperly pled as "Antigua Pharmacy LLC") and Brendalis Antigua, jointly and severally $30,000, inclusive of costs, expenses, attorneys' fees, and interest; and

2. The plaintiff has execution therefore.

Dated: July 25, 2022
       New York, New York

_____
John P. Cronan,
United States District Judge